AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

In the Matter of the Search of
*UPS 3 DAY SELECT Parcel, identified by tracking number 1Z92E3381295594998 from Zip Code 90301, weighing approximately 24 pounds and postmarked. The parcel's return address is Postal Plus, 309 E. Hillcrest BLVD Inglewood, CA 90301 and is addressed to Kay Wilson, 3333 N. Atlanta Ave. Tulsa, OK 74110-1505*

Case No. 25-mj-602-CDL

**FILED**
JUL 17 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the <u>Northern</u> District of <u>Oklahoma</u>, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession of Controlled Substance with Intent to Distribute |

The application is based on these facts:

**See Affidavit of DEA TFO Michael Helton, attached hereto.**

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*TFO. M. Helton*
Applicant's signature

Michael Helton, DEA TFO
Printed name and title

Sworn to before me via telephone.

Date: July 17, 2025

City and state: Tulsa, Oklahoma

Judge's signature

Christine D. Little, United States Magistrate Judge
Printed name and title

## **AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE**

I, Michael Helton, being duly sworn, do hereby depose and state:

1. I am a Task Force Officer with the Drug Enforcement Administration (DEA), and as such, I am a federal law enforcement officer as defined under Federal Rule of Criminal Procedure 41 and am authorized to request this search warrant because I am a government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such a warrant. I received a Special Deputation from the United States Marshal Service, and I am currently assigned to the Tulsa Resident Office of the DEA. I have conducted criminal investigations into violations of the Controlled Substances Act, money laundering and violations involving convicted felons and drug traffickers in possession of firearms.

2. I have been employed as a Task Force Officer ("TFO") with the Drug Enforcement Administration (DEA) for four years. I am currently assigned to the Tulsa Resident Office of the DEA. As a TFO, I have conducted criminal investigations into violations of the Controlled Substances Act, money laundering, violations involving convicted felons, and drug traffickers in possession of firearms. I have also been employed by the Tulsa Police Department as a police officer for approximately 24 years. Before my DEA assignment, I was an FBI Task Force Officer for approximately 4 years. I am familiar with, and have participated in methods of investigation, including, but not limited to, use of physical surveillance,

witness interviews, search warrants, arrest warrants, debriefings and operational use of informants, pen registers, surveillance of undercover transactions, consensually monitored and recorded conversations and phone calls, the introduction of undercover officers, and reviews of recorded conversations. Additionally, I have participated in investigations that utilized the interception of wire and electronic communications and have monitored numerous calls during these investigations. I have conducted hundreds of interviews of persons involved in various aspects of the drug trade including suspected drug traffickers, dealers, and users. I am familiar with the techniques and operations of persons involved in drug trafficking, and conspiratorial distribution of controlled substances as well as common practices including their methods of transportation, distribution, finances, security, and day-to-day activities.

3. My experience includes working with confidential informants to make controlled purchases of controlled substances from illegal drug dealers, conducting physical and electronic surveillance, and the execution of evidentiary search warrants. I have consulted with other criminal investigators and enforcement officers who have significant experience in narcotics and gang investigations. I have worked with other narcotics investigators and with local, state, and federal agencies such as the Oklahoma Bureau of Narcotics and Dangerous Drugs (OBNDD), Immigration and Customs Enforcement (ICE), and the Federal Bureau of Investigation (FBI),

with whom I have discussed the drug distribution and trafficking patterns in Oklahoma as well as the United States of America and other countries. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed, and the methods of payment for such drugs. Moreover, I am familiar with various criminal street gangs, methods of operation, and goals. I have received numerous training hours from various federal, state, and local law enforcement agencies.

4. I have authored affidavits for search and arrest warrants, listened to intercepted phone calls, and have been the affiant on an application and order to intercept wire and electronic communications. I have participated in the execution of numerous controlled deliveries of narcotics. As a result of my law enforcement service, I have gained a considerable amount of knowledge through both training and experience. I have interviewed countless defendants involved in the use, manufacture, transportation, and illegal sale of controlled dangerous substances. During the course of those interviews, I have learned how individuals involved in drug distribution schemes and networks use and disperse the illegal proceeds generated due to the illegal sale of controlled dangerous substances. Additionally, I have learned how individuals involved in drug distribution schemes maintain records and conspire to deceive law enforcement and rival distributors of controlled dangerous substances.

5. The facts set forth in this affidavit are based on my personal observations, knowledge obtained from other law enforcement officers, my review of documents related to this investigation, conversations with others who have personal knowledge of the events and circumstances described herein, and a review of open-source information including information available on the Internet. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact I or others have learned during the course of this investigation.

6. This Affidavit is based upon the Affiant's personal investigation and upon information received from other law enforcement officers and agents and may not be inclusive of all evidence or information available, or of all facts known to me relative to this investigation. Rather, I have included facts which are necessary to establish probable cause that the parcel described herein contains controlled substances. This affidavit is made in support of an application for a search warrant to search and seize contraband, fruits, instrumentalities and evidence of crimes against the United States in violation of 21 U.S.C. § 841(a)(1) from a UPS 3 DAY SELECT, originating in the city of Inglewood, California. It is more specifically described as a sealed UPS 3 DAY SELECT, identified by tracking number **1Z92E3381295594998** (herein referred to as "**Subject Parcel**"), from Zip Code 90301, weighing approximately 24 pounds. The parcel's return address is "The Postal Plus, 3106729097 Postal Plus, 309

4

E. Hillcrest BLVD Inglewood, CA 90301" and is addressed to Kay Wilson, 9189987774, Kay Wilson, 3333 N. Atlanta Ave Tulsa, OK 74110-1505 and is currently in the possession of your affiant.

    7. I am aware through training and experience, as well as information from other investigators with extensive experience in drug trafficking investigations mail delivery services, such as UPS, is a common method for drug traffickers to ship their product. Mail delivery services, such as UPS is used by drug dealers for not only shipping illegal drugs, but also for shipping the proceeds and money from illegal drug sales and purchases. Use of the 3 DAY SELECT service is favored because of the speed, and reliability of this service, as well as the perceived minimal chance of detection of illegal drugs, money, or financial instruments shipped in such a manner.

    8. I am also aware that drug traffickers often use UPS Store return addresses, as well as real names and real addresses, with or without the actual person's knowledge or consent, to avoid detection in the event the parcel is intercepted by law enforcement officers. Parcels containing controlled substances often provide minimal information on the mailing label to avoid detection of a fictitious name or return address. Traffickers normally use heavy tape on the seams and corners of a parcel and have been known to use sealed containers and masking scents, to interfere with any drug detection canine's ability to detect the narcotics. It is common for

traffickers to mail parcels from a different location to avoid detection of fictitious information.

## Probable Cause

9. On July 16, 2025, DEA Special Agent Kaitlyn Sanders received a phone call from UPS Security Investigator David P. Ortega. SA K. Sanders was advised the UPS Corporate Security Targeting Center Team reached out to him to assist in intercepting a package suspected to contain narcotics. The package tracking number was **1Z92E3381295594998,** herein referred to as Subject Parcel. The package was shipped UPS 3 DAY SELECT with a delivery date of 07/17/2025 and the delivery address was listed as Kay Wilson, 3333 North Atlanta Avenue, Tulsa, OK 74110. The package had been sent from Postal Plus, 3309 E. Hillcrest Blvd., Inglewood, CA 90301.

10. On July 17, 2025, DEA Tulsa TRO investigators were notified the **Subject Parcel** was at a UPS Hub located at 5805 S. 118th East Avenue, Tulsa, Oklahoma. DEA investigators and OHP Trooper Short # 823 and his narcotics detector dog (K-9) "RIP" responded to the location. Four boxes of like size and the Subject Parcel was placed on the floor of the facility. OHP Trooper Short #823 ran "RIP" over the boxes. The Subject Parcel was the second box from the east. OHP Trooper Short # 823 advised your affiant "RIP" gave an alert (odor response) on the Subject Parcel. An alert is an odor response, which is an indication the odor of a controlled

6

dangerous substance, (heroin, cocaine, and or methamphetamine) was emanating from the Subject Parcel. "RIP" did not give an alert to any of the other boxes. OHP Trooper Short # 823 advised "RIP" has been in service as a certified police narcotics detection K-9 since August of 2023. "RIP" holds a Oklahoma State certification number of 0136970-D004144. "RIP" is trained and certified to alert to the odor of the following controlled dangerous substances: heroin, cocaine, and methamphetamine. RIP's certification was administered by a State of Oklahoma CLEET Drug Dog Evaluator, certifying to the State of Oklahoma's Canine Team standard. OHP Trooper Short #823 works on a regular basis with "RIP", consistently and systematically verifying his K-9's abilities to detect controlled dangerous substances. OHP Trooper Short #823 advised that based on RIP's alert, he believes that the Subject Parcel contains illegal drugs, in violation of state and federal law.

11. DEA investigators observed the shipping label for the Subject Parcel. The Subject Parcel is expected to be delivered on July 17, 2025. The Subject Parcel is listed to be delivered to Kay Wilson, phone number 918-998-7774, address 3333 N. Atlanta Ave, Tulsa, OK 74110-1505. Investigators located an owner name of Kaysondra Wilson on the County Assessor's website for the address of 3333 N. Atlanta Avenue Tulsa, Oklahoma. Investigators learned Thomas Covington is currently paying utilities for 3333 N. Atlanta Avenue Tulsa, Oklahoma. Phone

number 310-749-0385 is listed on the utilities for 3333 N. Atlanta Avenue Tulsa, Oklahoma. A search of Cash App shows Tyrone Hooks ($TyHooksr65) is utilizing 310-749-0385. As a result of this preliminary information, investigators are unable to identify who is actually living at 3333 N. Atlanta Avneue Tulsa, Oklahoma. Investigators believe this is an indicator the Subject Parcel contains illegal substances.

## Conclusion

12. Based on the foregoing, I believe there is evidence to show the **Subject Parcel**, was sent via the UPS in violation of 21 U.S.C. § 841(a)(1) and respectfully request a warrant be issued authorizing investigators to search and seize the mailing package as well as any controlled substances or items of dominion or control inside the package.

*TFO. M. Helton*

_____
TFO Michael Helton
Drug Enforcement Administration

Sworn and subscribed to via telephone this 17th day of July, 2025.

_____
Honorable Christine D. Little
United States Magistrate Judge
Northern District of Oklahoma

## ATTACHMENT "A"

Sealed UPS 3 DAY SELECT, identified by tracking number **1Z92E3381295594998** (herein referred to as "Subject Parcel"), from Zip Code 90301, weighing approximately 24 pounds. The parcel's return address is The Postal Plus, 309 E. Hillcrest BLVD Inglewood, CA 90301 and is addressed to Kay Wilson, 3333 N. Atlanta Ave. Tulsa, OK 74110-1505.

## ATTACHMENT "B"

Any controlled substances and evidence constituting ownership and intent to possess controlled substances and possess controlled substances with intent to distribute under Title 21, United States Code, Section 841.